AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>Jonathan Jamal Walker,<br><br>Defendant(s) | )<br>)<br>)  Case No.   4:16 MJ 5138-1 NAB<br>)<br>)<br>)<br>) |

**FILED**
MAY 3 1 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 25, 2016__ in the county of __Marion__ in the
__Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1028(a) | Fraud with Identification Documents |
| 18 U.S.C. 1344(a) | Bank Fraud |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Noah Pittman, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   05/31/2016

_____
*Judge's signature*

City and state:   St. Louis, Missouri     Honorable Nannette A. Baker, U.S. Magistrate Judge
_____
*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>Jonathan Lavaughn Dixon,<br><br>*Defendant(s)* | )<br>)<br>) Case No.  4:16 MJ 5138-2 NAB<br>)<br>)<br>)<br>) |

**FILED**

MAY 3 1 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 25, 2016__ in the county of __Marion__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1028(a) | Fraud with Identification Documents |
| 18 U.S.C. 1344(a) | Bank Fraud |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

Special Agent Noah Pittman, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/31/2016__

*Judge's signature*

City and state: __St. Louis, Missouri__    Honorable Nannette A. Baker, U.S. Magistrate Judge

*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

**FILED**
MAY 31 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| United States of America<br>v.<br>Susana F. Colon,<br><br>*Defendant(s)* | )<br>)<br>) Case No.   4:16 MJ 5138-3 NAB<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 25, 2016__ in the county of __Marion__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1028(a) | Fraud with Identification Documents |
| 18 U.S.C. 1344(a) | Bank Fraud |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Noah Pittman, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/31/2016__

_____
*Judge's signature*

City and state: __St. Louis, Missouri__    Honorable Nannette A. Baker, U.S. Magistrate Judge
_____
*Printed name and title*

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>Rebecca Ann Miller,<br><br>*Defendant(s)* | Case No.  4:16 MJ 5138-4 NAB |

**FILED**

MAY 3 1 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 25, 2016__ in the county of __Marion__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1028(a) | Fraud with Identification Documents |
| 18 U.S.C. 1344(a) | Bank Fraud |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

Special Agent Noah Pittman, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/31/2016__

*Judge's signature*

City and state: __St. Louis, Missouri__   Honorable Nannette A. Baker, U.S. Magistrate Judge

*Printed name and title*