*Writ issued*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JUN 0 1 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:16 MJ 5138 NAB |
| | ) | |
| REBECCA ANN MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, by Richard G. Callahan, United States Attorney for the Eastern District of Missouri, through Jeannette S. Graviss, Assistant United States Attorney for said District, and informs the Court that the defendant, REBECCA ANN MILLER (DOB 09/03/1972, SSN 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) is to be prosecuted in the above cause, and appear before the Honorable Nannette A. Baker, United States Magistrate Judge for the Eastern District of Missouri, forthwith, for an initial appearance, and at other times and dates as needed, and that the defendant is currently confined at the Marion County Jail, 1703 Marion City Road, Palmyra, MO 63461, in the custody of the Marion County Sheriff's Office.

WHEREFORE, your petitioner prays this Court to issue a writ of habeas corpus ad prosequendum directing the Federal Bureau of Investigation to remove the defendant from such institution and custody, and bring him before the Court for the above proceedings; and upon completion of such proceedings to return the defendant to the custody of the Marion County Jail.

RICHARD G. CALLAHAN
United States Attorney

JEANNETTE S. GRAVISS, #44483MO
Assistant United States Attorney

| UNITED STATES OF AMERICA | ) |
|---|---|
| Eastern Division of the | ) |
| Eastern District of Missouri | ) |

I, Jeannette S. Graviss, declare under penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing Application for Writ of Habeas Corpus Ad Prosequendum is based upon statements furnished to me and that the contents therein are true and correct to the best of my knowledge and belief. Executed on the 1st day of June, 2016.

JEANNETTE S. GRAVISS, #44483MO
Assistant United States Attorney

TO THE CLERK OF THE DISTRICT COURT:

You are hereby ordered to issue the Writ of Habeas Corpus Ad Prosequendum as prayed for in the foregoing application.

UNITED STATES MAGISTRATE JUDGE       6/1/16
                                      Date